# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Shannon Lee Quinones aka Shannon L. Quinones aka Shannon Quinones** | **BK NO. 26-00050 MJC** |
| **Marcial Antonio Quinones aka Marcial A. Quinones aka Marcial Quinones aka Marcial Quinones-Lopez aka Marcial Antonio Quinones-Lopez aka Marcial A. Quinones-Lopez** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
05 Feb 2026, 12:50:58, EST

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322