# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Shannon Lee Quinones aka Shannon L. Quinones aka Shannon Quinones<br>Marcial Antonio Quinones aka Marcial A. Quinones aka Marcial Quinones aka Marcial Quinones-Lopez aka Marcial Antonio Quinones-Lopez aka Marcial A. Quinones-Lopez<br>Debtor(s) | **BK NO. 26-00050 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
05 Feb 2026, 12:50:58, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322