United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 26-00050-MJC

Shannon Lee Quinones                           Chapter 13

Marcial Antonio Quinones

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: ntcnfhrg | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shannon Lee Quinones, Marcial Antonio Quinones, 2166 Village Road, Effort, PA 18330-7749 |
| 5771437 | + | FSB MASTERCARD, 1500 S HIGHLINE AVENUE, SIOUX FALLS, SD 57110-1003 |
| 5771439 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5771423 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:20 | ALLY CREDIT CARD, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 5771424 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2026 18:51:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5771425 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2026 18:51:00 | APPLE CARD - GS BANK USA, GOLDMAN SACHS BANK, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 5771659 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:21 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5772838 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 19:00:26 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5771426 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 09 2026 18:51:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5771427 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:20 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5771428 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:20 | CAPITAL ONE BANK USA NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5771429 | ^ | MEBN | Feb 09 2026 18:50:10 | CAPITAL ONE BY MERGER DISCOVER BANK, C/O WELTMAN WEINBERG REIS, 520 WALNUT ST STE 1355, PHILADELPHIA, PA 19106-3602 |
| 5771430 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 09 2026 18:52:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5771431 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 18:52:00 | CCB/BREAD CASHBACK, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5771432 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 18:52:00 | COMENITY CAPITAL BANK/BANTER, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5771433 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0314-5

User: AutoDocke

Page 2 of 4

Date Rcvd: Feb 09, 2026

Form ID: ntcnfhrg

Total Noticed: 44

|  |  |  | Feb 09 2026 18:52:00 | COMENITY CAPITAL/AAA REWARDS, PO BOX 182120, COLUMBUS, OH 43218-2120 |
|---|---|---|---|---|
| 5771434 |  | Email/Text: mrdiscen@discover.com | Feb 09 2026 18:51:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5771435 |  | Email/Text: EBN@edfinancial.com | Feb 09 2026 18:51:00 | ED FINANCIAL/ESA, 120 N SEVEN OAKS DR, KNOXVILLE, TN 37922-2359 |
| 5771436 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 09 2026 18:51:00 | FB&T/MERCURY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5771438 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 18:52:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5771440 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:00:32 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5772729 |  | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 19:00:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5776143 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5771441 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2026 19:00:26 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5771442 | ^ | MEBN | Feb 09 2026 18:50:08 | MICHAEL J. DOUGHERTY ESQ, WELTMAN WEINBERG & REIS CO, 520 WALNUT ST SUITE 1355, PHILADELPHIA, PA 19106-3602 |
| 5771443 |  | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2026 18:52:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, TROY, MI 48083-1271 |
| 5772788 | + | Email/PDF: cbp@omf.com | Feb 09 2026 19:00:20 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5771444 |  | Email/PDF: ebnotices@pnmac.com | Feb 09 2026 19:00:22 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5771445 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 19:00:27 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5771446 |  | Email/Text: bankruptcy@springoakscapital.com | Feb 09 2026 18:51:00 | SPRING OAKS CAPITAL, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE, VA 23320 |
| 5778502 |  | Email/Text: bankruptcy@springoakscapital.com | Feb 09 2026 18:51:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5771447 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:20 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5771448 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:20 | SYNCB/CHEVRON PLCC, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5771449 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:30 | SYNCB/CITGO PLCC, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5771450 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:20 | SYNCB/EBAY, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5771451 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:20 | SYNCB/HARBOR, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 5771452 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:25 | SYNCB/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5771453 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 19:00:20 | SYNCB/VERIZON, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5771454 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 09 2026 18:52:00 | TBOM MIL, PO BOX 4499, BEAVERTON, OR 97076-4499 |

| 5771455 | | Email/Text: bncmail@w-legal.com | | | |
|---|---|---|---|---|---|
| | | | Feb 09 2026 18:51:00 | | TD BANK USA/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5771456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | | Feb 09 2026 19:00:22 | | THD/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5771457 | | Email/Text: bknotice@upgrade.com | | | |
| | | | Feb 09 2026 18:51:00 | | UPGRADE INC, ATTN: BANKRUPTCY, 275 BATTERY ST FL 23, SAN FRANCISCO, CA 94111-3305 |
| 5774703 | + | Email/Text: EBN@edfinancial.com | | | |
| | | | Feb 09 2026 18:51:00 | | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5771458 | + | Email/PDF: cbp@omf.com | | | |
| | | | Feb 09 2026 19:00:20 | | WEB BANK/ONE MAIN, PO BOX 3316, EVANSVILLE, IN 47732-3316 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5774437 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5774504 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Marcial Antonio Quinones lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Shannon Lee Quinones lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams. |

com;swiggins@newmanwilliams.com

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shannon Lee Quinones,
aka Shannon L. Quinones, aka Shannon Quinones,

Chapter 13

**Debtor 1**

Case No. 5:26−bk−00050−MJC

Marcial Antonio Quinones,
aka Marcial Quinones, aka Marcial A. Quinones, aka
Marcial Quinones−Lopez, aka Marcial A.
Quinones−Lopez, aka Marcial Antonio Quinones−Lopez,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2026 |

ntcnfhrg (08/21)