Certificate Number: 12433-PAM-DE-040633859

Bankruptcy Case Number: 26-00050



12433-PAM-DE-040633859

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 18, 2026</u>, at <u>1:59</u> o'clock <u>PM EST</u>, <u>Shannon Quinones</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 18, 2026</u>     By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>