

12433-PAM-DE-040633860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2026, at 1:59 o'clock PM EST, Marcial Quinones-Lopez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 18, 2026          By:     /s/Lisa Susoev

                                Name:   Lisa Susoev

                                Title:   Teacher